G. T. and C. G. MYERS, d/b/a Myers Brothers Store, Plaintiffs in Error,

v.

Clyde McCRAY, Defendant in Error,

Ben Ward and Ben Ward, d/b/a Ward's Service Station, Garnishee.

No. 35942.

Supreme Court of Oklahoma.

July 5, 1955.

CENTRAL SURETY AND INSURANCE
COMPANY and Floyd Myers Construc-
tion Company, Petitioners,

v.

Brown, Brown & Brown, McAlester, for plaintiffs in error.

Layden & Layden, McAlester, for defendant in error.

PER CURIAM.

Plaintiffs have appealed from a judgment entered against them in the trial court and on April 7, 1954, they filed their brief. The authorities therein cited reasonably sustain the allegations of error. The defendant in error has filed no brief and has offered no excuse for such failure. Under such circumstances as stated in Osborne v. Osborne, 163 Okl. 273, 21 P.2d 1056, it is not the duty of this court to search the record for some theory upon which to sustain the action of the trial court, but the cause will be reversed and remanded with directions.

The cause is reversed and remanded with directions to vacate the judgment entered in favor of defendant and to enter a judgment in favor of plaintiffs as prayed for in their petition in error.

JOHNSON, C. J., WILLIAMS, V. C. J., and CORN, DAVISON, HALLEY, BLACKBIRD and JACKSON, JJ., concur.